

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00395-CR

**SHABAZ ANDREWS,**

                                               **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                               **Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 27658

## MEMORANDUM OPINION

Shabaz Andrews pled guilty without the benefit of a plea bargain to Paragraph One of a two paragraph indictment. Thus, he was convicted of aggravated assault with a deadly weapon/family violence, *see* TEX. PENAL CODE ANN. § 22.02(b)(1) (West 2011), and sentenced to 40 years in prison. We affirm.

Andrews has no complaint about the trial court's judgment that was rendered. Rather, in one issue, he raises a double jeopardy complaint regarding Paragraph Two of the indictment which charged Andrews with aggravated assault with a deadly weapon.

*See id*. § 22.02(a)(2).  The State has not tried to pursue a prosecution regarding Paragraph Two.

The proper time to assert any potential claim of jeopardy which a defendant might have is in a future prosecution after he has been charged or indicted for the potentially jeopardy-barred offense.  *See Burks v. State*, 876 S.W.2d 877, 889 (Tex. Crim. App. 1994); *Keith v. State*, 782 S.W.2d 861, 864 (Tex. Crim. App. 1989).  At this time, that issue is far from ripe and is not properly before this Court.  *Id*.; *Garrett v. State*, 749 S.W.2d 784, 804 (Tex. Crim. App. 1988) ("The Court of Appeals had no power to decide that issue because the issue of double jeopardy could only arise if appellant were subsequently charged with some lesser included offense.").  Any attempt by this Court to address Andrews' issue would be advisory and unauthorized.  *Garrett*, 749 S.W.2d at 803.

Accordingly, Andrews' sole issue is dismissed, and the trial court's judgment is affirmed.


         TOM GRAY
         Chief Justice

Before Chief Justice Gray,
   Justice Davis, and
   Justice Scoggins[1]
Affirmed
Opinion delivered and filed February 13, 2019
Do not publish
[CRPM]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).